UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **GWENDOLYN J. ALLEN** | **CIVIL ACTION NO. 6:20-cv-01468** |
| **VERSUS** | **JUDGE JUNEAU** |
| **COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION** | **MAGISTRATE JUDGE HANNA** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation (Rec. Doc. 13) is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the decision of the Commissioner of the Social Security Administration is **AFFIRMED**, and this matter is **DISMISSED WITH PREJUDICE**, consistent with the report and recommendation.

Signed at Lafayette, Louisiana, this 27th day of October, 2021.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE